# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

SANYELLE A. OLIVER
**Defendant**

Citation No(s): 9467816 location MY 11 (Fort Detrick)

Docket No: 22-mj-3588

* * * * * * * * * * * *

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| 21 USC §844 subpara a | Dismiss | | | |

TOTAL DUE: $

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ **Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278**
   **(or you may pay online at www.cvb.uscourts.gov)**

☐ Waive Initial Appearance    ☐ Continue to Obtain License
☐ Continue for Payment        ☐ Continue to Retain Attorney
☐ Set for Trial               ☐ New Court Date: _____
☑ Dismissed by the Government         at: _____ a. m.

COMMENTS: Dismissed due to POTUS 6 Oct 2022 pardon of 21 USC 844a offenses

_____         _Jeffrey B. Miller_____
Defendant's Signature                 Special Assistant U.S. Attorney

                                      04/10/2023
_____         _____
Attorney for Defendant                Date

*Original – Court*    *Yellow – Defendant*    *Pink – AUSA*